UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Isidro M.M.M., <br><br> Petitioner, <br><br> v. <br><br> Todd M. Lyons, *in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security*; Executive Office for Immigration Review; Department of Homeland Security; Kristi Noem, *in her official capacity as Secretary, U.S. Department of Homeland Security*; Immigration and Customs Enforcement; Daren K. Margolin, *Director for Executive Office for Immigration Review*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and Pamela Bondi, *in her official capacity as Attorney General of the United States*, <br><br> Respondents. | Civ. No. 26-379 (JWB/JFD) <br><br><br> **ORDER ON PETITION FOR WRIT OF HABEAS CORPUS** |

David L. Wilson, Esq., and Maria Arielle K. Prele, Esq., Wilson Law Group, counsel for Petitioner.

Ana H. Voss, Esq., and David W. Fuller, Esq., United States Attorney's Office, counsel for Respondents.

Petitioner Isidro M.M.M. has filed a Petition for a Writ of Habeas Corpus seeking immediate release from immigration custody. (Doc. No. 1.) Respondents were ordered to answer the Petition by January 20, 2026. (Doc. No. 3.) Respondents failed to do so. Accordingly, the Petition is unopposed.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. Petitioner Isidro M.M.M.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED**.

2. Respondents shall immediately release Petitioner from custody. He must be released in Minnesota and subject to any conditions of his previous release.

3. Respondents shall confirm the time, date, and location of Petitioner's release within 48 hours from the date of this Order.

4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

5. Petitioner's other claims are not reached.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 21, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge